UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0268--CV (RRB)
"USA V MARCO RIVERA"

Including terminated parties, excluding terminated counsel

```
     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
               Filed: 11/15/05
              Closed: NO

        Jurisdiction: (2) U.S. Defendant
       PLF Diversity:
       DEF Diversity:

      Nature of Suit: (510) Vacate sentence (2255)
                      28:2255
              Origin: (1) Original Proceeding
              Demand:
          Filing fee: Waived
            Trial by:
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | UNITED STATES OF AMERICA | No counsel found for this party! |
| DEF 1.1 | RIVERA, MARCO | No counsel found for this party! |

```
┌────────────────────────────────────────────────────────────────────────┐
│              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA      │
│              CIVIL DOCKET ENTRIES FOR CASE A05-0268--CV (RRB)            │
│                         "USA V MARCO RIVERA"                             │
├────────────────────────────────────────────────────────────────────────┤
│                           For all filing dates                           │
└────────────────────────────────────────────────────────────────────────┘
```

```
     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
              Filed: 11/15/05
             Closed: NO

        Jurisdiction: (2) U.S. Defendant
       PLF Diversity:
       DEF Diversity:

      Nature of Suit: (510) Vacate sentence (2255)
                      28:2255
              Origin: (1) Original Proceeding
              Demand:
          Filing fee: Waived
            Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| NOTE -  1 | 11/15/05 | Notation:ALL FURTHER FILING SHALL BE DONE IN A03-109CR (RRB). |